UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | |
|---|---|
| Grout Doctor Global Franchise Corp., ) | Case No.: 7:14-CV-105-BO |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER GRANTING** |
| ) | **PLAINTIFF'S MOTION FOR** |
| Groutman, Inc., ) | **ENTRY OF DEFAULT** |
| Doctor Plumber, LLC, & ) | |
| Gary Swanson, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the Court upon the Motion of Plaintiff Grout Doctor Global Franchise Corp. ("GDG") for Entry of Default against Defendant Gary Swanson. GDG brings this Motion pursuant to Fed. R. Civ. P. 55(a). Upon considering the Motion for Entry of Default, the Court makes the following findings of fact and conclusions of law:

GDG caused a copy of the Summons and Complaint in this action to be served on Swanson in compliance with Rule 4 of the Federal Rules of Civil Procedure as evidenced by the Affidavit of Service previously filed with the Court.

On June 4, 2014, Swanson filed a Motion to Dismiss GDG's Complaint ("Motion to Dismiss").

On September 22, 2014, the Court issued an Order denying Swanson's Motion to Dismiss.

Pursuant to Fed. R. Civ. P. 12(a)(4)(A), Swanson was required to answer or otherwise respond to GDG's Complaint within 14 days of the Court's September 22, 2014 Order.

Since the Court entered its Order on September 22, 2014, Swanson has not filed any answer, motion to dismiss, motion for extension, or other response to GDG's Complaint.

Accordingly, the Court GRANTS the Motion for Entry of Default. It is hereby ORDERED that a default be entered against Defendant Gary Swanson.

*Julie A. Richards*
Clerk of the Court

2

Case 7:14-cv-00105-BO   Document 28   Filed 11/20/14   Page 2 of 2